

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00095-CR

| | | |
|---|---|---|
| Douglas Lynn Kirk | § | From the 297th District Court |
| | § | of Tarrant County (1266320R) |
| | § | January 23, 2014 |
| v. | § | Opinion by Justice McCoy |
| | § | Dissent by Justice Dauphinot |
| The State of Texas | § | (p) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Bob McCoy_____
       Justice Bob McCoy